FILED
 2015 Apr-30  PM 04:13
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RU HUI ZHAO, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) Case No.: 4:15-cv-00261-WMA-SGC |
| | ) |
| SCOTT HASSELL, et al., | ) |
| | ) |
|     Respondents. | ) |

**MEMORANDUM OPINION**

This case is before the court on Respondents' Motion to Dismiss as Moot, filed April 23, 2015. (Doc. 4). In the motion, Respondents note that Petitioner was released from ICE custody on February 13, 2015. (*Id.* at 1; *see* Doc. 4-1 at 1). Because Petitioner has been released, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted and the petition is due to be dismissed.

    A separate order will be entered.

    **DONE** this 30th day of April, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE